IN

## IN THE COURT OF COMMON PLEAS
## ASHLAND COUNTY, OHIO

2017 MAY -5  PM 12: 22

| | | |
|---|---|---|
| MARSHALL GARBER<br>17 Lincoln Woods Way, Apt. 1A<br>Perry Hall, MD 21128 | : | Refiled Case No. ~~16-CIV-033~~<br>CLERK OF COURTS<br>Case No.    ASHLAND. OHIO<br>17-CIV-078 |
| Plaintiff, | : | Judge Ronald J. Forsthoefel |
| v. | : | |
| HERIBERTO MENENDEZ, M.D.<br>3133 Jemima Ave<br>The Villages, FL 32163 | : | **COMPLAINT** |
| Defendant. | : | <u>Jury Demand Endorsed Hereon</u> |

1. Plaintiff Marshall Garber is a resident of Perry Hall, Maryland.

2. Plaintiff Garber reached the age of 18 on August 5, 2013.  At all times relevant to this Complaint, Mr. Garber was a minor.

3. Defendant Heriberto Menendez, M.D., is licensed physician, formerly practicing at Pediatric Consultants of Ashland, Inc., in Ashland, Ohio.

4. All the care and treatment provided to Marshall Garber by Defendant Menendez occurred in or around Ashland, Ohio.

5. Defendant Menendez retired from the practice of medicine on April 4, 2014.  *See* attached Affidavit of Heriberto Menendez, M.D.

6. Defendant Menendez permanently relocated his residence to Florida approximately one week after retiring.  *See* attached Affidavit of Heriberto Menendez, M.D.

7. This case has only been voluntarily dismissed by the Plaintiff one time pursuant to Civ.R. 41(A)(1).

**EXHIBIT A**

8. The statute of limitations is tolled pursuant to R.C. 2305.15 while the defendant is out of state.

9. On November 29, 2010, Plaintiff Marshall Garber was seen by Defendant Menendez at Pediatric Consultants of Ashland with a fever, constipation, and acute sharp, radiating back pain.

10. During his visit, Defendant Menendez ordered a urine test and sent Mr. Garber home.

11. On December 2, 2010, Mr. Garber presented to Samaritan Regional Hospital with similar complaints.  He also developed difficulty moving his legs and feet.

12. Mr. Garber was transported to Akron Children's Hospital, where he was diagnosed with a spinal epidural abscess.  He underwent a surgical resection of the abscess, however, lost the use of his lower extremities due to the delay in treatment and advancement of his neurological symptoms.

13. The medical care rendered by Defendant Menendez was negligent in that the care deviated from the standard of care required of a reasonable physician.  More particularly, Defendant breached the standard of care by discharging Plaintiff without ordering an MRI, or referring him to a hospital, and causing a delay in diagnosis of the spinal epidural abscess.

14. As a direct and proximate result of Defendant's negligence, Marshall Garber suffered injuries, including but not limited to medical expenses, future medical expenses, loss of enjoyment of life, lost wages, mental anguish, pain and suffering, and emotional distress.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount greater than $25,000 and for all other relief to which he is entitled.

2

Respectfully submitted,

Jacob J. Beausay (0085213)
DONAHEY, DEFOSSEZ & BEAUSAY
495 South High Street, Suite 300
Columbus, Ohio 43215
614.224.8166/614.849.0475 (fax)
jake@donaheylaw.com
*Attorney for Plaintiff Marshall Garber*

## JURY DEMAND

Plaintiff requests that all issues are tried to a jury of eight.

Jacob J. Beausay (0085213)

3

IN THE COURT OF COMMON PLEAS
ASHLAND COUNTY, OHIO

MARSHALL GARBER,                          )   CASE NO. 16-CIV-033
                                          )
            Plaintiff,                    )   JUDGE RONALD P. FORSTHOEFEL
                                          )
vs.                                       )
                                          )   **AFFIDAVIT OF**
                                          )   **HERIBERTO MENENDEZ, M.D.**
HERIBERTO MENENDEZ, M.D.,                 )
                                          )
            Defendant.                    )
                                          )

STATE OF FLORIDA        )
                        )  SS.
COUNTY OF SUMTER        )

I, HERIBERTO MENENDEZ, M.D., first being duly sworn, depose and state as follows

1.  I am an adult over the age of 18.

2.  I retired from the practice of medicine on April 4, 2014.

3.  As of April 4, 2014, I was no longer employed by, or affiliated with, Pediatric
    Consultants of Ashland, Inc.

4.  I permanently relocated my residence to Florida approximately one week after
    retiring.

5.  I have never been served with a copy of the Complaint in Case No. 16-CIV-033.

AFFIANT FURTHER SAYETH NAUGHT.

_____
Heriberto Menendez, M.D.

SWORN TO AND SUBSCRIBED BEFORE ME, this 30 day of March, 2017.

_____
Notary Public

**EXHIBIT C**

# IN THE COURT OF COMMON PLEAS
## ASHLAND COUNTY, OHIO

MARSHALL GARBER             :      Case No. 16-CIV-033

        Plaintiff,              :      Judge Forsthoefel

vs.                            :

HERIBERTO MENENDEZ, M.D.    :

                               :      **AFFIDAVIT OF MERIT**

        Defendant.           :

State of New York, County of 1 JuTChess _____, to wit:

Herschel R. Lessin, M.D., being first duly sworn according to law, deposes and states:

1. I am a physician licensed to practice medicine in the state of New York. I devote at least one-half of my professional time to the active clinical practice of medicine in my field of licensure, or to its instruction in an accredited school.

2. I have specialized knowledge, skill, experience, training and education regarding the subject matter of this affidavit, and my opinion set forth below is based on reliable scientific, technical, or other specialized information.

3. I have reviewed all medical records reasonably available to the plaintiff concerning the allegations contained in the complaint.

4. I am familiar with the applicable standard of care.

5. Based on the information and documentation provided to me, and based on my education, training, and experience, it is my opinion that the standard of care was breached by Defendant Menendez, and the breach caused injury to Marshall Garber..

_____
Herschel R. Lessin, M.D.

Sworn to and signed in my presence this ___ 14th day of ___ Dec ___, 2016.

_____
Notary Public

PATRICIA A. ROBERTS
Notary Public - State of New York
c 01RO5044379
Qualified in Dutchess County
My Commission Expires May 30, 2018